(125 So. 212)

## Ben TRAWICK v. CITY OF BIRMINGHAM.
### (6 Div. 535.)

Supreme Court of Alabama.   Dec. 19, 1929.

W. J. Wynn and Ralph E. Parker, both of Birmingham, for petitioner.

Harrison Kendrick, of Birmingham, opposed.

PER CURIAM. Petition of the city of Birmingham for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Trawick v. City of Birmingham, 125 So. 211.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.